**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SUPERIOR SURGICAL, LLC,

        *Plaintiff,*

    v.

INTELLIGENT MANAGEMENT
SOLUTIONS, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-1138

## ORDER

**AND NOW**, this 2nd day of April, 2026, upon consideration of the Defendants'
Motion to Void Judgment, (Dkt. No. 18), and the Plaintiff's Response to the Motion,
(Dkt. No. 24), it is hereby **ORDERED** that the Motion is **GRANTED in part** and
**DENIED in part** as follows:

1.    The Court **SETS ASIDE** the August 25, 2025 default judgment against
Christed Lamy and Nicole Peters, (Dkt. No. 17.)  The Court **DENIES** the
request to set aside the default judgment as to Intelligent Management
Solutions, LLC.

2.    The Court **EXTENDS** the time for proper service of process under Federal
Rule of Civil Procedure 4(m) to on or before **June 1, 2026**.

3.    The Request for Dismissal with Prejudice is **DENIED**.

4.    The Request for Award of Costs and Damages is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.